IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BILL LIETZKE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHASHY REALTY, et al.,<br><br>　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00701-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on October 28, 2025, recommending the Court dismiss this action because Plaintiff has failed to prosecute this case.[1] The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2] No party has filed any objection or made any other filing.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding Plaintiff's action should be dismissed without prejudice because Plaintiff has failed to prosecute the matter, including failing to respond to the Magistrate Judge's Order to Show Cause.

---

[1] *See* Report and Recommendation (ECF No. 9).

[2] *See id.* at 2–3.

## ORDER

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 9) and DISMISSES this action without prejudice. The Clerk shall enter judgment accordingly.

DATED this 17th day of November 2025.   By the Court:

Ann Marie McIff Allen
United States District Judge